# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Altman, Kimberly G. | United States District Court, Eastern District of Michigan | 4/1/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

231 W. Lafayette Blvd., Room 605
Detroit, MI 48226

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Court Historical Society, Eastern District of Michigan |
| 2. | Trustee | Federal Bar Foundation of the Eastern District of Michigan Chapter of the Federal Bar Association - resigned as of Sept. 30, 2020 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Kimberly G. | 4/1/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2020 | Fisher & Phillips LLP - Law Firm, Partnership profits (Schedule K-1) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Kimberly G. | 4/1/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Altman, Kimberly G.** | 4/1/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Bank of America - Cash equivalent accounts | A | Interest | M | T | | | | | |
| 2.   JP Morgan Chase Bank - Cash equivalent accounts | A | Interest | M | T | | | | | |
| 3.   American Funds Roth IRA # 1 | | | | | | | | | |
| 4.   - American Funds Balanced Fund C | A | Int./Div. | J | T | | | | | |
| 5.   - American Mutual Fund C | A | Int./Div. | J | T | | | | | |
| 6.   - Capital World Growth and Income Fund C | A | Int./Div. | J | T | | | | | |
| 7.   American Funds Roth IRA # 2 | | | | | | | | | |
| 8.   - American Funds Balanced Fund C | A | Int./Div. | J | T | | | | | |
| 9.   - American Fund Mutual Fund C | A | Int./Div. | J | T | | | | | |
| 10.   - Capital World Growth and Income Fund C | A | Int./Div. | J | T | | | | | |
| 11.   Mich. Education Trust - 4 sem prepaid college | | None | L | T | | | | | |
| 12.   Mich. Education Trust - 4 sem prepaid college | | None | L | T | | | | | |
| 13.   Mich. Education Trust - 4 sem prepaid college | | None | L | T | | | | | |
| 14.   Mich. Education Trust - 4 sem prepaid college | | None | L | T | | | | | |
| 15.   Mich. Education Savings Plan - 2022-23 enrollment | | None | K | T | | | | | |
| 16.   Mich. Education Savings Plan - 2026-27 enrollment | | None | K | T | | | | | |
| 17.   Series EE Savings Bond | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Kimberly G. | 4/1/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fisher Phillips 401(k) Plan | | | | | | | | | |
| 19. - RFGTX | A | Int./Div. | O | T | Buy | 02/18/20 | J | | |
| 20. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 21. | | | | | Buy (add'l) | 04/21/20 | J | | |
| 22. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 23. | | | | | Buy (add'l) | 06/10/20 | O | | |
| 24. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 25. | | | | | Buy (add'l) | 07/16/20 | J | | |
| 26. | | | | | Buy (add'l) | 08/17/20 | J | | |
| 27. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 28. | | | | | Buy (add'l) | 10/16/20 | J | | |
| 29. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 30. - DODGX | A | Int./Div. | M | T | Buy (add'l) | 06/10/20 | M | | |
| 31. - RLBFX | A | Int./Div. | M | T | Buy (add'l) | 06/10/20 | M | | |
| 32. - RNPEX | A | Int./Div. | N | T | Buy (add'l) | 06/10/20 | M | | |
| 33. Murray Law Group 401(k) Plan | | | | | | | | | |
| 34. - American Funds 2040 TargetDate- rollover to FisherPhillips & closed | | None | | | Closed | 06/10/20 | P1 | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Kimberly G. | 4/1/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LPL Financial - 1 | | | | | | | | | |
| 36. - Goldman Sachs Cash Account | A | Interest | J | T | | | | | |
| 37. - BREIT | A | Dividend | L | T | | | | | |
| 38. LPL Finacial - 2 - Model Weath | | | | | | | | | |
| 39. - JP Morgan Chase Cash Account | A | Interest | J | T | | | | | |
| 40. -AKRIX | A | Dividend | L | T | Buy | 04/17/20 | L | | |
| 41. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 42. - BGEGX | A | Dividend | K | T | Buy | 04/17/20 | K | | |
| 43. - BGRIX | A | Dividend | K | T | Buy | 03/17/20 | J | | |
| 44. - CSVZX | A | Dividend | L | T | Buy | 04/17/20 | L | | |
| 45. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 46. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 47. - OSCYX | A | Dividend | K | T | Buy (add'l) | 01/16/20 | J | | |
| 48. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 49. | | | | | Sold (part) | 04/17/20 | J | | |
| 50. - LSGRX | A | Dividend | L | T | Buy (add'l) | 02/19/20 | J | | |
| 51. - MEIIX | A | Dividend | L | T | Buy (add'l) | 01/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Kimberly G. | 4/1/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | 02/19/20 | J | | |
| 53. | | | | | | 03/17/20 | J | | |
| 54. | | | | | | 07/02/20 | J | | |
| 55.   - PRSMX | A | Dividend | K | T | Buy (add'l) | 01/16/20 | J | | |
| 56. | | | | | Sold (part) | 05/28/20 | J | A | |
| 57.   -WFMIX | A | Dividend | K | T | Buy (add'l) | 04/17/20 | J | | |
| 58.   -WITIX | A | Dividend | K | T | Buy (add'l) | 01/16/20 | J | | |
| 59. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 60. | | | | | Sold (part) | 04/17/20 | J | | |
| 61. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 62.   - DODGX | A | Dividend | | | Buy (add'l) | 02/15/20 | J | | |
| 63. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 64. | | | | | Sold | 04/17/20 | K | | |
| 65.   - EITEX | A | Dividend | | | Buy (add'l) | 01/16/20 | J | | |
| 66. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 67. | | | | | Sold | 04/17/20 | K | | |
| 68.   - HAMVX | A | Dividend | | | Buy (add'l) | 01/16/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Kimberly G. | 4/1/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 70. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 71. | | | | | Sold | 04/17/20 | K | | |
| 72.    - JOHAX | A | Dividend | | | Buy (add'l) | 01/16/20 | J | | |
| 73. | | | | | Buy (add'l) | 02/19/20 | J | | |
| 74. | | | | | Sold | 04/17/20 | K | | |
| 75.    - POGRX | A | Dividend | | | Buy (add'l) | 01/16/20 | J | | |
| 76. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 77. | | | | | Sold | 04/17/20 | K | | |
| 78.    LPL - 3- Finacial Strategic Asst Mgt | | | | | | | | | |
| 79.    - Goldman Sachs Cash Account | A | Interest | J | T | | | | | |
| 80.    - JP Morgan Chase Cash Account | A | Interest | J | T | | | | | |
| 81.    - ARKK | A | Dividend | L | T | Buy | 05/20/20 | K | | |
| 82.    - JAWWK | A | Dividend | J | T | | | | | |
| 83.    - JAGTX | B | Dividend | K | T | | | | | |
| 84.    - JAMRX | B | Dividend | L | T | | | | | |
| 85.    - JACTX | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Kimberly G. | 4/1/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   -VGT | A | Dividend | K | T | | | | | |
| 87.   - IEMG | A | Dividend | | | Sold | 05/28/20 | J | A | |
| 88.   - XLI | A | Dividend | | | Sold | 05/28/20 | J | B | |
| 89.   -VFH | A | Dividend | | | Sold | 05/28/20 | J | A | |
| 90.   The Murray Law Group | A | Dividend | | | Sold | 12/14/20 | M | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My ▮▮▮▮▮ merged his law firm, The Murray Law Group, P.C., with another law firm, Fisher & Phillips LLP, effective January 1, 2020. He was a shareholder in The Murray Law Group, and is now a partner in Fisher & Phillips.

After the merger, all of the funds identified in Part VII lines 33-34 as The Murray Law Group 401(k) Plan were rolled over to the Fisher Phillips 401(k) Plan identified in Part VII lines 18-32.

Prior to January 1, 2020, my ▮▮▮▮▮ received wages from The Murray Law Group, which were reported on an IRS Form W-2. After January 1, 2020, my ▮▮▮▮▮ received distributions from The Murray Law Group as part of the wind down of its assets, which were reported on an IRS 1099 DIV.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly G. Altman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544